USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

       -against-

ANGEL CONCEPCION,

                         Defendant.
------------------------------------------------------------ X

12-CR-732 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on September 27, 2022, the parties appeared before the Court for a preliminary hearing regarding Mr. Concepcion's alleged violation of the conditions of his supervised release.

IT IS HEREBY ORDERED that a hearing in this matter is scheduled for **Tuesday, October 25, 2022, at 3:00 P.M.** The parties must submit a joint letter describing any agreements that the Government and the Defense may have reached as well as the availability of a residential drug treatment program for Mr. Concepcion by no later than **October 21, 2022.**

**SO ORDERED.**

Date: September 27, 2022
      New York, NY

                                    **VALERIE CAPRONI
                                    United States District Judge**