

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022

October 20, 2022

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Angel Concepcion*, 12-cr-732 (VEC)

Dear Judge Caproni:

The parties write regarding the Court's order dated September 27, 2022 (the "Order") related to the violation of supervised release proceedings in the above-captioned case. The Government has produced discovery (the "Discovery Productions") related to specifications 7 and 9, as well as the description of the supervisee's adjustment to supervision as written in the violation report dated July 1, 2022 (the "Violation Report"). In light of the sensitive nature of their contents, certain documents, photos, and videos contained in the Discovery Productions have been marked "sensitive" pursuant to the operative Protective Order in this case. *See* ECF No. 257. The Government understands that defense counsel has not yet been able to show certain files in the Discovery Productions that have been marked "sensitive" to the supervisee, who is currently detained, because counsel has not yet received a response from the Metropolitan Detention Center to his request to bring a computer into the facility. Accordingly, defense counsel does not know how the supervisee intends to proceed with respect to the specifications in the Violation Report. In light of the foregoing, the parties respectfully request that the Court adjourn the deadline for the parties to submit their joint letter mandated by the Order to October 28, 2022, and that the Court adjourn the hearing set by the order to November 1, 2022. Thank you for consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Brandon C. Thompson
Assistant United States Attorney
(212) 637-2444

cc: Thomas Nooter, Esq. (by ECF)

---

Application GRANTED. The joint letter is due on **October 28, 2022**, and the VOSR hearing is scheduled for **November 1, 2022, at 11:15 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.
SO ORDERED.

*/s/ Valerie Caproni*   10/20/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE