USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :
                                             :        12-CR-732 (VEC)
            -against-                        :
                                             :        ORDER
ANGEL CONCEPCION,                            :
                                             :
                              Defendant.     :
------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 9, 2022, the parties appeared for a hearing before the Court;

WHEREAS at the November 9, 2022 hearing, Defendant admitted to Specifications Two,

Three, Four, Five, Six, Nine, and Ten from the Violation of Supervised Release Report; and

WHEREAS the Court accepted Defendant's admission;

IT IS HEREBY ORDERED that sentencing is scheduled for **Tuesday, December 6,**

**2022, at 2:30 P.M.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square,

New York, NY 10007.  Sentencing submissions from both sides are due not later than **Tuesday,**

**November 29, 2022**.


**SO ORDERED.**

**Date:  November 9, 2022**                    _____
     **New York, NY**                              **VALERIE CAPRONI**
                                              **United States District Judge**