USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                    :
                                                 :         12-CR-732 (VEC)
                    -against-                     :
                                                 :              ORDER
    ANGEL CONCEPCION,                             :
                                                 :
                               Defendant.         :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 6, 2023, the parties appeared before the Court for a status

conference (the "Conference");

IT IS HEREBY ORDERED that for the reasons stated at the Conference, not later than

**Monday, December 18, 2023**, Mr. Concepcion must provide proof of employment to his

Probation Officer.

IT IS FURTHER ORDERED that the parties must appear for a further status conference

on **Monday, December 18, 2023, at 3:30 P.M.** in Courtroom **443** of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York, 10007.


**SO ORDERED.**

**Date:  December 6, 2023**                    _____
       **New York, NY**                              **VALERIE CAPRONI**
                                               **United States District Judge**