```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,                  :
                                                                :          12-CR-732 (VEC)
              -against-                      :
                                                                 :          <u>ORDER</u>
   ANGEL CONCEPCION,                        :
                                                                 :
                               Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 18, 2023, the parties appeared before the Court for a status conference (the "Conference");

      IT IS HEREBY ORDERED that for the reasons stated at the Conference, the parties must appear for a further status conference on **Wednesday, January 31, 2024, at 4:00 P.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Not later than **Monday, January 29, 2024**, the parties and Probation must file a joint status update.

**SO ORDERED.**

Date: **December 18, 2023**
      **New York, NY**

                                                          _____
                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**