USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                          :    12-CR-732 (VEC)
            -against-                     :
                                          :    ORDER
ANGEL CONCEPCION,                         :
                                          :
                              Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 31, 2024, the parties appeared before the Court for a status conference (the "Conference");

IT IS HEREBY ORDERED that for the reasons stated at the Conference, not later than **Monday, February 12, 2024**, Mr. Concepcion must provide proof of employment to his Probation Officer.

IT IS FURTHER ORDERED that the parties must appear for a further status conference on **Monday, February 12, 2024, at 4:45 P.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  January 31, 2024                         _____
       New York, NY                             **VALERIE CAPRONI**
                                                **United States District Judge**