UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- X
   UNITED STATES OF AMERICA,                             :
                                                         :       12-CR-732 (VEC)
              -against-                                  :
                                                         :            ORDER
   ANGEL CONCEPCION,                                     :
                                                         :
                                       Defendant.        :
-------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 30, 2024, the parties appeared for an arraignment and initial conference before Magistrate Judge Stewart D. Aaron.

IT IS HEREBY ORDERED that a status conference will be held on **Wednesday, September 25, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, located at 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  September 3, 2024**                                      _____
**      New York, NY**                                                **VALERIE CAPRONI**
                                                                     **United States District Judge**