UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,
        -against-

ANGEL CONCEPCION,

                       Defendant.
------------------------------------------------------------- X

12-CR-732 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 25, 2024, the parties appeared before the Court for a conference at which Mr. Concepcion admitted to the first, third, fourth, fifth, sixth, seventh, and ninth violations set forth in the April 8, 2024, Violation Report; and

    WHEREAS the Court accepted Mr. Concepcion's admission.

    IT IS HEREBY ORDERED that Mr. Concepcion will be sentenced on **Thursday, October 10, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Sentencing submissions are due **October 7, 2024**.

**SO ORDERED.**

Date:  September 25, 2024
          New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**